# Court of Appeals
# of the State of Georgia

ATLANTA,  May 08, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0436. DEREK THOMAS v. BARNES LAND AND INVESTMENTS, LLC.**

This case began as a dispossessory proceeding in magistrate court filed by Barnes Land and Investments, LLC ("Barnes") against The Estate of Emma Jean Clark and All Other Occupants. After Derek Thomas filed an answer and counterclaims, the case was transferred to state court. On February 5, 2019, the state court entered an order which granted Barnes a writ of possession to the subject property. Thomas filed both a notice of appeal and a "Motion Requesting the Court to Reconsider [Its] February 5, 2019 Ruling Vacate its Order and Set Aside the Judgment." On March 28, 2019, the trial court entered an order dismissing the notice of appeal and denying the motion. On April 15, 2019, Thomas filed this application, seeking review of both the February 5, 2019 and March 28, 2019 orders. We lack jurisdiction because the application is untimely.

The underlying subject matter here is a dispossessory action, and OCGA § 44-7-56 provides that appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). "The filing deadline is jurisdictional, and this Court is unable to accept an untimely application." *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016). Here, Thomas's application is untimely as to the February 5, 2019 order because it was filed 69 days after the entry of that order. Thomas's application is likewise untimely as to the March 28, 2019 order

because it was filed 18 days after the entry of that order. Consequently, Thomas's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*   05/08/2019

    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.

    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

*Stephen E. Castlen*   *, Clerk.*